UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOLLEY JONES,

       Plaintiff,

v.                                 Case No:   2:19-cv-114-JLB-NPM

ANDREW BARLOW and
CHRISTIAN ROBLES,

       Defendants.
_____/

**Motion Hearing**
**Re: [133] Second Motion for Summary Judgment**

| | |
|---|---|
| Presiding Judge: | United States District Judge John L. Badalamenti |
| Counsel for Plaintiff(s): | Rook Elizabeth Ringer |
| Counsel for Defendant(s): | Robert Burandt |
| | |
| Date and Time: | June 10, 2021 |
| Deputy Clerk: | Shelley Giauque |
| Court Reporter: | Stacey Raikes |
| Interpreter: | n/a |

Start Time:  2:00 PM

Court calls case.  Counsel enter appearances.

Currently set for August trial term.

Ms. Ringer is not trial ready.
Mr. Burandt believes that it will take only 2 to 3 days at the most for trial.  Maybe 6
or 7 witnesses.  Officers are still employed by the Fort Myers police department.
Witnesses are mostly from the Fort Myers area.

Court will issue an order following the hearing that moves the trial to the
September trial calendar.  Resetting the deadlines for motions in limine, final
pretrial, and joint pretrial statement. moving the motions in limine.

- 2 -

Counsel provide argument as to the pending summary judgment motion.

Court comments.

The Court will issue a new scheduling order.

End time:    3:10 PM