UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOLLEY JONES,

    Plaintiff,

v.                              Case No: 2:19-cv-114-JES-NPM

ANDREW BARLOW and CHRISTIAN ROBLES,

    Defendants.

**ORDER**

This matter comes before the Court on defendants' Motion and Memorandum of Law to Disqualify/Recuse the Presiding Judge (Doc. #166) filed on August 11, 2021. The motion seeks to disqualify Judge Badalamenti as the presiding judge in this matter. However, as the case has now been reassigned to the undersigned (Doc. #171), the request has been rendered moot.

Accordingly, it is hereby

**ORDERED:**

Defendants' Motion and Memorandum of Law to Disqualify/Recuse the Presiding Judge (Doc. #166) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this   20th   day of August, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record