```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

HOLLEY JONES,

    Plaintiff,

v.                              Case No:  2:19-cv-114-JES-NPM

ANDREW BARLOW and CHRISTIAN
ROBLES,

    Defendants.

_____

## ORDER

This matter comes before the Court on plaintiff's Motion for Continuance (Doc. #176) filed on October 10, 2021. Plaintiff certifies that the motion is opposed.

Counsel indicates that she tested positive for COVID-19 on September 20, 2021, and again tested positive for COVID-19 on October 6, 2021, and counsel continues to suffer symptoms due to her compromised autoimmune system. Counsel seeks to continue the trial from the current November 2021 trial calendar. The Court finds good cause to continue the trial. Based on the Court's current trial schedule, it is unlikely that the case would be reached in November. Therefore, the Court finds no prejudice to defendants if the case is continued.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Continuance (Doc. #176) is **GRANTED**. The trial is continued to the February 2022 trial calendar. The Clerk shall also reset the Final Pretrial Conference.

**DONE and ORDERED** at Fort Myers, Florida, this   12th   day of October 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record